**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

OUTSTATE MICHIGAN TROWEL TRADES
PENSION FUND, et al.,

    Plaintiffs,

v.                                               Case No.  08-12490

STREETER BROTHERS, INC.,

    Defendant.
                                          /

**ORDER GRANTING MOTION FOR AMENDED JUDGMENT**

Before the court is Plaintiffs' "Motion for Amended Judgment," filed on May 8, 2009.  No response brief has been filed by Defendant, and the time for response has long since passed.  *See* E.D. Mich. LR 7.1(d).  The court has reviewed the motion and brief, and finds them to be well-supported.  In the absence of any opposition brief, the court will grant the motion.  Accordingly,

IT IS ORDERED that Plaintiffs' "Motion for Amended Judgment" [Dkt. # 22] is GRANTED.  A separate amended judgment will issue.

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated:  July 6, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 6, 2009, by electronic and/or ordinary mail.

                                        S/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522