UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

OUTSTATE MICHIGAN TROWEL TRADES PENSION FUND,
Trustees of; OUTSTATE MICHIGAN TROWEL TRADES
HEALTH & WELFARE FUND, Trustees of; and OPERATIVE
PLASTERERS AND CEMENT MASONS INTERNATIONAL
ASSOCIATION JOINT APPRENTICESHIP AND TRAINING
FUND, Trustees of,

   Plaintiffs,

v.                Case No.  08-12490

STREETER BROTHERS, INC.,

   Defendant.
_____/

**AMENDED JUDGMENT**

  Based upon Plaintiffs' Motion for Amended Judgment, and the Brief in Support of Plaintiffs' Motion for Amended Judgment, Affidavit of Keith Messing and Affidavit Regarding Fees and Costs filed in support thereof; and the pleadings previously filed in this matter; the court, being fully apprized in the premises, has concluded that Plaintiffs are entitled to entry of an Amended Judgment as provided in the Default Judgment entered by this court on September 24, 2008 [Dkt. # 12].

  Accordingly, IT IS HEREBY ORDERED AND ADJUDGED:

  1. Defendant is bound to pay contributions to plaintiffs as alleged in the Complaint;

2. Plaintiffs are awarded the sum of $13,287.79,[1] to be paid by Defendant, with interest to accrue on this amount as provided for in 28 U.S.C. §1961, and Plaintiffs shall have immediate execution thereof.

3. This Amended Judgment replaces and supercedes the Default Judgment entered on September 24, 2008 by this court in this matter.

4. This court shall retain jurisdiction over this matter for purposes of enforcement of the provisions of this Amended Judgment.

IT IS SO ORDERED.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: July 6, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 6, 2009, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

---

[1] The $13,287.79 amount represents the sum of $1,579.85 in unpaid contributions for the period of January 2005 through September 2007, $7,975.18 in unpaid contributions for the period of October 2007 through November 2008, $651.43 in pre-judgment interest related to those unpaid contributions, $955.50 in liquidated damages related to those unpaid contributions, $885.83 in liquidated damages related to contributions paid late and $1,240.00 in attorneys fees and costs from August 1, 2008 through May 4, 2009.